# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT STEELE, | Case No. 2:23-cv-02154-CDS-BNW |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| v. | |
| FOX BROADCASTING, | |
| Defendant. | |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 6. The Court later gave Plaintiff until February 5, 2024 to amend his complaint. ECF No. 10 at 3. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court may recommend that his case be dismissed. ECF No. 6 at 3. Since this order, Plaintiff has not filed anything in his case. Accordingly, he appears to have abandoned his case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and that this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 10, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE