UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Robert Steele,<br><br>                   Plaintiff<br><br>    v.<br><br>Fox Broadcasting,<br><br>                   Defendant | Case No. 2:23-cv-02154-CDS-BNW<br><br>**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**<br><br>[ECF No. 17] |

      Plaintiff Robert Steele initiated this action alleging various claims against defendant Fox Broadcasting. Because Steele applied to proceed *in forma pauperis*, Magistrate Judge Brenda Weksler screened his complaint. ECF No. 6. In that report and recommendation, Judge Weksler recommended that I dismiss Steele's complaint without prejudice but with leave to amend. *Id.* I adopted Judge Weksler's recommendations and dismissed the claims under Title 18, 42, and 52 with prejudice, but granted Steele the opportunity to file a first amended complaint by February 5, 2024. ECF No. 10. Steele was cautioned that failure to file by that date would result in dismissal of his action. *Id.* at 3. The February 5th deadline expired and Steele did not file an amended complaint curing the deficiencies in his surviving claims. Thus, Judge Weksler issued a second recommendation that this case be dismissed without prejudice. Report and Recommendation (R&R), ECF No. 17. The deadline for Steele to object to the R&R was April 24, 2024, and the time to object passed without a response from Steele. *See* 28 U.S.C. § 636(b)(1); LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days).

      Because there are no objections, I am not required to review Judge Weksler's R&R, yet I nonetheless reviewed it, and the docket in this matter, and find that dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED THAT the second report and recommendation [ECF No. 17] is ADOPTED in its entirety. All claims in this action are dismissed without prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: May 3, 2024

_____
Cristina D. Silva
United States District Judge